

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Chlarens Orsland
phone: (212) 356-2086
fax: (212) 356-2089
email: corsland@law.nyc.gov

December 4, 2020

**By ECF**
Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, N.Y. 10007

> 12/7/2020
> The December 9 conference is adjourned, *sini die,* and a status letter is due by January 8, 2021.
> SO ORDERED.
>
> /s/ Paul A. Crotty

Re: S.C. v NYC Dep't of Education
20-cv-06735 (PAC)

Dear Judge Crotty:

I am counsel for the defendant Department of Education in the above-captioned action, in which Plaintiffs seek solely attorneys' fees and costs for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action. I write on behalf of all parties to respectfully request an adjournment of the initial conference scheduled for December 9, 2020, *sine die,* and to propose that the parties submit a status letter no later than January 8, 2021 informing the Court that the case has been fully resolved, or, that the parties wish to proceed to either a settlement conference or a briefing schedule to be proposed at that time.

This is the first request for an adjournment of the initial conference, and it does not implicate any other deadlines in this case. The need for the extension is to provide the parties with additional time to work toward settlement, and the parties are hopeful this case will fully resolve without the need to burden the Court further.

Respectfully yours,

s/ *Chlarens Orsland*
Chlarens Orsland
Assistant Corporation Counsel

C:  Adam Dayan
    Counsel for Plaintiffs
    By ECF